THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM
KAFKA, Appellant.— Judgment of conviction of the Court of Special Sessions
affirmed. No opinion. Rich, Blackmar and Jaycox, JJ., concur; Kelly, J.,
dissents upon the ground that the judgment was against the weight of
evidence and that there should be a new trial, with whom Jenks, P. J., concurs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB TERNER
and LOUIS TERNER, Appellants.— Judgment of conviction of the Court of
Special Sessions affirmed. No opinion. Jenks, P. J., Rich, Blackmar,
Kelly and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DENIS P. HEALY,
Respondent, v. JOHN P. LEO, Chairman, and Others, Constituting the
Board of Appeals Created by Chapter 503 of the Laws of 1916,* Appellants.—
Order sustaining writ of certiorari and annulling proceeding of the board
of appeals reversed, with ten dollars costs and disbursements, and writ
dismissed, and proceeding confirmed, upon the ground that the relator
applying to the board of appeals for a variation of the requirements of the
Zoning Law,† section 7, subdivisions "a," "e" and "g," and section 20, failed
to file with said board the requisite consents of property owners required by
the law. The plans for alterations in relator's building are also contrary
to the provisions of section 6 of article II of the zoning resolution in that
the alterations were greater than fifty per cent of the value of the building.
and the relator conceded that he had no permit for the operation of a public
garage upon the premises. Applications to vary the zoning regulations in
a particular case are addressed largely to the discretion of the board of
appeals which will not be interfered with by the court except in clear cases
of abuse of such discretion. (*People ex rel. Kennedy* v. *Brady*, 166 N. Y,
44, 49; *People ex rel. Facey* v. *Leo*, 110 Misc. Rep. 516; affd., 193 App. Div.
910; *People ex rel. Beinert* v. *Miller*, 188 id. 113.) Jenks, P. J., Rich,
Putnam and Kelly, JJ., concur; Blackmar, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MOSES WISHNOFSKY,
Appellant, v. JAMES W. TUOMEY, as Clerk of the Municipal Court of the
City of New York, Borough of Brooklyn, Seventh District, Respondent.—
Order affirmed, with ten dollars costs and disbursements. (See *People ex rel.
Rayland Realty Co., Inc.*, v. *Fagan, ante,* p. 185, decided December 7, 1920.)
Jenks, P. J., Mills, Putnam and Kelly, JJ., concur; Blackmar, J., dissents.

---

* Adding to Greater New York Charter (Laws of 1901, chap. 466), § 718d
*et seq.* Amd. by Laws of 1917, chap. 601. See Greater New York Charter,
§§ 242a, 242b, added by Laws of 1914, chap. 470, as amd. by Laws of 1916,
chap. 497, and Laws of 1917, chap. 601.— [REP.

† See Building Zone Resolution July 25, 1916, as amd.— [REP.